# United States District Court

_____ DISTRICT OF __DELAWARE_____

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

A US Mail parcel addressed to Townsend, DE, as described more particularly on Attachment A(2)

## SEARCH WARRANT

CASE NUMBER:   07- _115 M - 2_

REDACTED

TO: _Michael O'Shaughnessy_____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Michael O'Shaughnessy_____ who has reason to

Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

a US Mail parcel described above

in the _____ District of __Delaware_____ there is now

concealed a certain person or property, namely (describe the person or property)

see Attachment B

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ____June 18, 2007_____

Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____

as required by law.

U.S. Judge or Magistrate

_June 8, 2007    9:37 a.m._    at    Wilmington, Delaware_____

Date and Time Issued                     City and State

Honorable Mary Pat Thynge
United STates Miagistrate Judge
Name and Title of Judicial Officer                Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6/8/07 | 6/8/07  1:00 PM | |

INVENTORY MADE IN THE PRESENCE OF

M O Shaughnessy   U.S. Postal Inspector

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached Search
Warrant Inventory

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Wistle C. Thomas

Subscribed, sworn to, and returned before me this date.

U.S. Judge or Magistrate                                          2/5/08
                                                                  Date

**ATTACHMENT A**  **(2)**

The item to be searched is described as a United States Mail parcel addressed to Jamie Argoe,      Paddock Road, Townsend DE 19734. The return address on the parcel is Stacey Craven,      , APO AE 09123. A United States Postal Service Customs Declaration Label affixed to the parcel states the contents of the parcel is a Mother's Day Gift.





## ATTACHMENT B

### ITEMS TO BE SEIZED

The following materials which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, namely violations of Title 18, United States Code, Sections 2252 and 2252A.

1.    Any visual depiction of minor(s) engaged in sexually explicit conduct or child erotica in any format or media including, but not limited to, computer images.

2.    Computers, keyboards, tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk applications programs, data disks, system disk operating systems, magnetic media floppy disks, hardware and software operating manuals, tape systems, hard drives, digital cameras, scanners, and other computer related operation equipment.

3.    Evidence in any format of computer visits to sites containing child pornography, including but not limited to websites, newsgroups, and chat rooms.

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____ /_____

Subject Name: Christopher Cramer    Date: 6/8/07

Subject Address: _____    Floor/Room No. US Mail Parvel

Inspector(s): _____    Case No. Mothers Day Gift

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | HP cardboard Printer Box and Brown paper wrapping |
| 1 | SystemMax computer tower - serial no: 100286171 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

DISTRIBUTION OF COPIES:  White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page ____ of ____ pages

PS Form 8164, October 1993